COUNTY. Sup. Ct. Okla. Certiorari denied.

No. 88–6988. CRAIG *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 88–6991. WILLIAMS *v.* BARWICK. C. A. 11th Cir. Certiorari denied.

No. 88–6992. WILLIAMS *v.* WALLMAN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–6994. WILLIAMS *v.* LITTLE FLOWER CHILDRENS SERVICES. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 88–7003. BOOT *v.* ZARKO ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–7006. LINDO *v.* CITY AND COUNTY OF SAN FRANCISCO ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–7023. ELLIOTT ET VIR *v.* FELLOWS ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–7028. BURDEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–7031. POWERS *v.* UNITED STATES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 88–7036. KIRKLAND *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 88–7039. WATSON *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 88–7043. PETTIS *v.* TATE, SUPERINTENDENT, CHILLICOTHE CORRECTIONAL INSTITUTE. C. A. 6th Cir. Certiorari denied.

No. 88–7059. GONZALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–7061. BROWN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.